LEONORA S. GRAY, Respondent, *v.* WILLIAM T. BAKER et al.,
Appellants.

(Submitted December 10, 1894; decided January 15, 1895.)

APPEAL from order of the General Term of the Supreme
Court in the second judicial department, made June 18, 1894,
which affirmed an order of Special Term denying a motion by
defendant to change the place of trial.

*Henry F. & James Coupe* for appellants.

*David J. Newland* for respondent.

Agree to dismiss appeal ; no opinion.
All concur.
Appeal dismissed.

---

JACOB A. ZIMMERMANN et al., Appellants, *v.* CHRISTIAN
JOURGENSEN, Respondent.

(Argued December 11, 1894; decided January 15, 1895.)

APPEAL from judgment of the General Term of the Supreme
Court in the first judicial department, entered upon an order
made August 28, 1893, which affirmed a judgment in favor
of defendant entered upon the report of a referee.

*Isaac H. Maynard* for appellants.

*Frank Rudd* for respondent.

Agree to affirm ; no opinion.
All concur, except EARL, GRAY and O'BRIEN, JJ., dissenting.
Judgment affirmed.